**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

BENJAMIN CORDERO, Representative
Payee for Diana M. Cordero, Tatiana
Rivera Cordero, Natasha Rivera Cordero,

        Plaintiff,

vs.                                                           Case No. 3:12-cv-953-J-34JRK

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

        Defendant.
_____/

## **REPORT AND RECOMMENDATION**[1]

This cause is before the Court on the Commissioner's ("Defendant('s)") Opposed Motion for Remand Under Sentence Six of 42 U.S.C. § 405(g) (Doc. No. 21; "Motion"), filed August 13, 2013. Defendant represents that Plaintiff Benjamin Cordero ("Plaintiff") opposes the Motion. Motion at 2. When Plaintiff failed to respond within the time permitted by the Federal Rules of Civil Procedure and the Local Rules of the Court, on September 24, 2013, the undersigned entered an Order to Show Cause (Doc. No. 22) directing Plaintiff to respond and show cause why the Motion should not be granted by October 4, 2013. Plaintiff has failed to respond; the Motion is therefore deemed to be unopposed.[2]

---

[1] Specific, written objections may be filed in accordance with 28 U.S.C. § 636 and Rule 6.02, Local Rules, United States District Court, Middle District of Florida, within fourteen (14) days after service of this document. Failure to file timely objections shall bar the party from a de novo determination by a district judge and from attacking factual allegations on appeal.

[2] The failure by Plaintiff's counsel to respond to an Order to Show Cause has occurred on another occasion in this particular case, and on that occasion, needlessly caused the Court to waste judicial resources by entering a Report and Recommendation to dismiss. See Report and Recommendation (Doc. No. 6), entered January 23, 2013, withdrawn, Order (Doc. No. 12), entered

(continued...)

On August 24, 2012, Plaintiff, as the representative payee for Diana M. Cordero, Tatiana Rivera Cordero, and Natasha Rivera Cordero, initiated this action by filing a Complaint (through counsel) against Defendant, seeking judicial review of an administrative decision. See Compl. (Doc. No. 1) at 1.[3] After Defendant moved for and the Court ordered a more definite statement by Plaintiff (Doc. Nos. 13, 15, 17), on June 24, 2013, Plaintiff filed a more definite statement (Doc. No. 18; "More Definite Statement"[4]). In the More Definite Statement, Plaintiff clarifies that this action is challenging an administrative decision to cease disability benefits and to deny a request for waiver of overpayment of disability benefits. More Definite Statement at 2-4.

Defendant has not substantively responded to the Complaint; instead, the instant Motion was filed seeking to remand this action for further administrative proceedings. Motion at 1. In support of the Motion, Defendant indicates that she "is unable to locate[] the claim file and tape recording of the hearing held on October 19, 2010." Id. at 2.

Sentence six of Title 42, United States Code, Section 405(g) provides in part: "The Court may, on motion of the Commissioner of Social Security made for good cause shown

---

[2](...continued)
February 28, 2013. The failure to respond to Orders of the Court, particularly Orders to Show Cause, falls below the standard of practice expected of lawyers who practice in this Court. Plaintiff's counsel has previously been warned that "any future conduct in this matter that falls short of what is expected of counsel may subject him to sanctions." Order (Doc. No. 12), entered February 28, 2013, at 2 (emphasis omitted). By separate Order to Show Cause entered on this date, the undersigned is directing Plaintiff's counsel to appear before the Court to show cause why sanctions should not be imposed on him.

[3] The Complaint (actually entitled a "Petition for Review of an Order From the Social Security Administration") merely states that Plaintiff "hereby petitions the Court for review of the Order of the Social Security Administration entered on June 27, 2012." Compl. at 1. The June 27, 2012 "Order" to which the Complaint refers is attached to the Complaint and is actually titled, "Notice of Appeals Council Action" ("Notice"). Id. at 2. The Notice states that the Appeals Council is denying Plaintiff's request for the Council to review an Administrative Law Judge's May 17, 2011 decision, but it cannot be determined from the Notice what the Administrative Law Judge actually decided.

[4] The More Definite Statement is actually titled, "Plaintiff's Response to Defendant's Motion for More Definite Statement[.]" More Definite Statement at 1.

before the Commissioner files the Commissioner's answer, remand the case to the Commissioner of Social Security for further action by the Commissioner of Social Security[.]" 42 U.S.C. § 405(g); see also 42 U.S.C. § 1383(c)(3) (incorporating Section 405(g) by reference); Melkonyan v. Sullivan, 501 U.S. 89, 100 n.2 (1991) (noting that sentence six "authorizes the district court to remand on motion by the [Commissioner] made before the [Commissioner] has filed a response in the action"). As previously noted, Defendant has not yet filed a substantive response to Plaintiff's Complaint. Further, the Court finds that Defendant has shown good cause to conduct further administrative proceedings. Accordingly, remand is appropriate pursuant to sentence six of Title 42, United States Code, Section 405(g) and Title 42, United States Code, Section 1383(c)(3).

After due consideration, it is hereby

**RECOMMENDED:**

1. That the Commissioner's Opposed Motion for Remand Under Sentence Six of 42 U.S.C. § 405(g) (Doc. No. 21), that the Court deems to be unopposed, be **GRANTED**.

2. That this action be **REMANDED** to the Commissioner of the Social Security Administration for further administrative proceedings pursuant to sentence six of Title 42, United States Code, Section 405(g) and Title 42, United States Code, Section 1383(c)(3).

3. That the Clerk be directed to close this file.

**RESPECTFULLY RECOMMENDED** at Jacksonville, Florida on November 6, 2013.

_James R. Klindt_
JAMES R. KLINDT
United States Magistrate Judge

kaw

Copies to:

Honorable Marcia Morales Howard
United States District Judge

Counsel of Record