**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

BENJAMIN CORDERO, Representative
Payee for Diana M. Cordero, Tatiana
Rivera Cordero, Natasha Rivera Cordero,

    Plaintiff,

-vs-                                          Case No. 3:12-cv-953-J-34JRK

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

    Defendant.
_____/

**ORDER**

**THIS CAUSE** is before the Court on the Report and Recommendation (Dkt. No. 23; Report), entered by the Honorable James R. Klindt, United States Magistrate Judge, on November 6, 2013. In the Report, Magistrate Judge Klindt recommends that the Commissioner's Opposed Motion for Remand Under Sentence Six of 42 U.S.C. § 405(g) (Dkt. No. 21; Motion) be granted, that this action be remanded to the Commissioner of the Social Security Administration for further administrative proceedings, and that this case be closed. See Report at 3. At a hearing before Magistrate Judge Klindt on November 19, 2013, counsel for Plaintiff stated that Plaintiff no longer opposes the Motion. See Clerk's Minutes (Dkt. No. 25).

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b). If no specific objections to findings of facts are filed, the district court is not required to conduct a de novo review of those findings. See Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993);

see also 28 U.S.C. § 636(b)(1). However, the district court must review legal conclusions de novo. See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); United States v. Rice, No. 2:07-mc-8-FtM-29SPC, 2007 WL 1428615, at * 1 (M.D. Fla. May 14, 2007).

Upon independent review of the file and for the reasons stated in the Magistrate Judge's Report, the Court will accept and adopt the legal and factual conclusions recommended by the Magistrate Judge. Accordingly, it is hereby

**ORDERED:**

1. The Magistrate Judge's Report and Recommendation (Dkt. No. 23) is **ADOPTED** as the opinion of the Court.

2. The Commissioner's Opposed Motion for Remand Under Sentence Six of 42 U.S.C. § 405(g) (Dkt. No. 21) is **GRANTED**.

3. This case is **REMANDED** to the Commissioner of the Social Security Administration for further administrative proceedings pursuant to sentence six of Title 42, United States Code, Section 405(g) and Title 42, United States Code, Section 1383(c)(3).

4. The Clerk of the Court is directed to close the file.

**DONE AND ORDERED** at Jacksonville, Florida, this 10th day of December, 2013.

_____
TIMOTHY J. CORRIGAN
United States District Judge

ja

Copies to:
Hon. James R. Klindt
Counsel of Record